1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

7
8

UNITED STATES OF AMERICA,

               Plaintiff,

       v.

PAUL J. SHORB, JR.,

               Defendants.

**Case No.** 06-5046M

Minute Order
Re: Appointment of Counsel

THIS matter is entered pursuant to the direction of Chief United States Magistrate Judge, J. Kelley Arnold.  A review of the record suggests that the court should review with the defendant his entitlement to court appointed counsel.

Accordingly, a status hearing regarding counsel for the defendant is scheduled for:

**September 18, 2006 at 1:30 p.m.**

The U.S. Attorney is not required to be in attendance.

Entered by Deputy Clerk, /s/*Kelly Miller*, this 11th day of September, 2006.

ORDER
Page - 1